UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BARBARA MCCOURTNEY-BATES,

    Plaintiff,

v.                                                Case No:  2:15-cv-370-FtM-99CM

WALTER F. BATES and WILLIAM G. PRUMMELL,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Defendant Sheriff Prummell's Motion for Summary Judgment (Doc. #29) filed on April 5, 2016.  The Court denies without prejudice Defendant's Motion because it does not comply with the undersigned's procedure on motions for summary judgment.  As of October 14, 2015, each motion for summary judgment must include a specifically captioned section titled, "Statement of Material Facts," that lists each material fact alleged not to be disputed in *separate, numbered paragraphs*.  *See* the undersigned's website at http://www.flmd.uscourts.gov/judicialinfo/ftmyers/JgChappell.htm.  Because Defendant's Motion contains an "Undisputed Facts" section that fails to list each fact alleged not to be disputed in separate, numbered paragraphs – and because the

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

undersigned's procedure regarding motions for summary judgment is relatively new – the Court denies Defendants' motion without prejudice.   The Court also notes that this case is on the unassigned docket, consequently, Defendant may not have been aware the undersigned's policies and procedures were applicable to this case.

Accordingly, it is now

**ORDERED:**

Defendant Sheriff Prummell's Motion for Summary Judgment (Doc. #29) is **DENIED without prejudice**.   Defendant may file an amended motion for summary judgment that complies with the Court's procedures on or before **April 22, 2016**.   Plaintiff may file a response thereto within **fourteen (14) days** of service of Defendants' amended motion for summary judgment.

**DONE** and **ORDERED** in Fort Myers, Florida on this 8th day of April, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record